IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

FILED
US DISTRICT COURT
DISTRICT OF NEBRASKA

SEP 2 4 2021

OFFICE OF THE CLERK

UNITED STATES OF AMERICA,

Plaintiff,

vs.

DALLAS FAAMAUSILI,

Defendant.

4:21CR 3117

INDICTMENT
21 U.S.C. § 841(a)(1),(b)(1)
18 U.S.C. § 2

The Grand Jury charges that

## COUNT I

On or about May 26, 2021, in the District of Nebraska, Defendant DALLAS

FAAMAUSILI did knowingly and intentionally possess with intent to distribute 500 grams or

more of a mixture or substance containing a detectable amount of methamphetamine, its salts,

isomers, and salts of its isomers, a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1), Title 21, United States

Code, Section 841(b)(1), and 18, United States Code, Section 2.

A TRUE BILL.

FOREPERSON

The United States of America requests that trial of this case be held in Lincoln, Nebraska,
pursuant to the rules of this Court.

JOHN J. SCHOETTLE, #IL6321461
Assistant U.S. Attorney

1